IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **G. & G. S.R.L.**, *Plaintiff*, v. **A986513424 et al.**, *Defendants*. | Civil Action No. 1:20-cv-02095-LMM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff G. & G. S.R.L., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action against Defendants "Alfredo," "Baicao," "Beenlo," "Cover3127," "Harrvey," "Hognyeni," "Newfashionclothes," "Pileilang," "Qingteawater," "Ranshu," "Taiyangstar," "Vikey16," "Xinpiao," and "Zhifouni" without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 4, 2020.

Respectfully submitted,
THE SLADKUS LAW GROUP

s/ Jason H. Cooper
Jason H. Cooper
Georgia Bar No. 778884
Mark L. Seigel
Georgia Bar No. 634617

1

Jeffrey B. Sladkus
Georgia Bar No. 651220
1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
E-mail: mark@sladlaw.com
E-mail: jeff@sladlaw.com
E-mail: jason@sladlaw.com
***Attorneys for Plaintiff***